John Balazs, Bar # 157287
Attorney at Law
916 Second Street, Second Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for defendant
JASMIN JOHNSTON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00414- EMC |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [P~~ROPO~~SED] |
| | ) | ORDER TO CONTINUE |
| v. | ) | SENTENCING |
| | ) | |
| JASMIN JOHNSTON, | ) | |
| | ) | |
| Defendent. | ) | |
| | ) | |

  Defendant Jasmin Johnston, through counsel, and Plaintiff United States, through its counsel, Assistant U.S. Attorney Thomas Stevens, hereby stipulate and request that the Court continue the sentencing hearing in this case from January 30, 2013 to February 13, 2013, at 2:30 p.m.

This request is to give the parties additional time to prepare and respond to the presentence report in this case. U.S. Probation Officer Brian Casai has been informed of this request.

DATED: January 8, 2013					MELINDA HAAG
								United States Attorney

								_____/s_____
								Thomas E. Stevens
								Assistant United States Attorney

DATED: January 8, 2013

								_____/s_____
								John Balazs
								Counsel to Jasmin Johnston

[PROPOSED] ORDER

IT IS SO ORDERED.

DATED: January ___15___, 2013

_____
EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

2