1 Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
2 755 Florida Street  #4
San Francisco, CA  94110.2044
3 Phone: 415.824.7533
Fax: 415.824.4833
4 vermeulen@mindspring.com

5 Attorney for Defendant
JASMIN JOHNSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 12-0414 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [Proposed] ORDER TO RESET INITIAL APPEARANCE BEFORE THE DISTRICT JUDGE IN THESE FORM 12 PROCEEDINGS**  (Modified) |
| v. | |
| JASMIN JOHNSTON, | |
| Defendant. | |

In these Form 12 proceedings, this matter currently is set for an initial appearance before the District Judge on May 4, 2016 at 2:30 p.m.  Defense counsel respectfully requests that the matter be reset to one week later, May 11, 2016 at 2:30 p.m., as counsel has a scheduling conflict on May 4 which requires him to be at the U.S. Probation Office in Oakland for a presentence interview in another case.[1]

Counsel has consulted with the Assistant U.S. Attorney and the U.S. Probation Officer handling this matter, and they have graciously agreed to counsel's request to reset.

/ / /

/ / /

---

[1] Via separate stipulation and proposed order presented to the Magistrate Judge in the present proceedings, counsel also is requesting that the initial appearance for appointment of counsel and submission of the financial affidavit similarly be continued to May 11, 2016 at 2:00 p.m. so that Ms. Johnston need miss only one-half day from work through the coordination of the timing of these two hearings.

-1-
STIPULATION AND [Proposed] ORDER TO RESET INITIAL APPEARANCE

1   Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the initial
2   appearance before the Honorable Edward M. Chen currently set for May 4, 2016 at 2:30 p.m. be
3   continued to May 11, 2016 at 2:30 p.m.
4   IT IS SO STIPULATED.

Dated: April 27, 2016                          Brian Stretch
                                               United States Attorney

                                                _/S/_____
                                               Benjamin Kingsley
                                               Assistant U.S. Attorney

Dated: April 27, 2016                           _/S/_____
                                               Mark R. Vermeulen
                                               Attorney for Defendant
                                               JASMIN JOHNSTON

### ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the initial appearance before the District Judge currently set for May 4, 2016 at 2:30 p.m. be continued to May 11, 2016 at ~~2:30 p.m.~~ at 10:00 a.m.

IT IS SO ORDERED.

Dated: 4/28/2016

Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-
STIPULATION AND [Proposed] ORDER TO RESET INITIAL APPEARANCE