Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street  #4
San Francisco, CA  94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
JASMIN JOHNSTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 12-0414 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [Proposed] ORDER TO RESET INITIAL APPEARANCE BEFORE THE DISTRICT JUDGE IN THESE FORM 12 PROCEEDINGS** |
| v. | |
| JASMIN JOHNSTON, | |
| Defendant. | |

In these Form 12 proceedings, this matter currently is set for an initial appearance before the District Judge on May 11, 2016 at 3:00 p.m.  Defense counsel respectfully requests that the matter be reset to June 1, 2016 at 2:30 p.m.  The Assistant U.S. Attorney and the U.S. Probation Officer handling this matter have indicated that they are available June 1.

Based on the foregoing, THE PARTIES STIPULATE AND REQUEST that the initial appearance before the Honorable Edward M. Chen currently set for May 11, 2016 at 3:00 p.m. be continued to June 1, 2016 at 2:30 p.m.

/ / /

/ / /

/ / /

1  IT IS SO STIPULATED.

Dated: May 10, 2016                          Brian Stretch
                                             United States Attorney

                                             _/S/_____
                                             Benjamin Kingsley
                                             Assistant U.S. Attorney

Dated: May 10, 2016                          _/S/_____
                                             Mark R. Vermeulen
                                             Attorney for Defendant
                                             JASMIN JOHNSTON

## ORDER

Based on the foregoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the initial appearance before the District Judge currently set for May 11, 2016 at 3:00 p.m. be continued to June 1, 2016 at 2:30 p.m.

IT IS SO ORDERED.

Dated: May __10__, 2016

                                             _____
                                             Edward M. Chen
                                             United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

-2-
STIPULATION AND [Proposed] ORDER TO RESET INITIAL APPEARANCE