1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7     UNITED STATES OF AMERICA,              Case No.  12-cr-00414-EMC-1

8                        Plaintiff,

9            v.                              **ORDER TO SHOW CAUSE**

10    JASMIN C. JOHNSTON,

11                        Defendant.

12

13

14          The Court hereby orders Defendant Jasmin C. Johnston to show cause as to why the

15    government's Writ of Garnishment should not be granted.  The response to the order to show

16    cause shall be filed by **June 30, 2023**.  Defendant is advised that, if a timely response is not filed,

17    the Court shall grant the government's Writ of Continuing Garnishment.  *See* Docket No. 55.

18

19          **IT IS SO ORDERED**.

20

21    Dated: June 13, 2023

22

23    _____

24    EDWARD M. CHEN
      United States District Judge

25

26

27

28

United States District Court
Northern District of California